Robert A. Morgenstern, Esq. (SBN 94180)
bob.morgenstern@marmorlaw.com
Ninos Saroukhanioff, Esq. (SBN 170999)
ninos@marmorlaw.com
Patricia "Molly" Ford, Esq. (SBN 285045)
pford@marmorlaw.com
MARANGA • MORGENSTERN
A Professional Law Corporation
5850 Canoga Avenue, Suite 600
Woodland Hills, CA 91367
(818) 587-9146 ■ Fax: (818) 587-9147

Attorneys for Defendants, WERNER ENTERPRISES, INC. and CAMERON FLOYD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ADAM JIMENEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC., a Nebraska Corporation; CAMERON FLOYD, an individual; and DOES 1-200, inclusive<br><br>Defendants. | **Case No. 2:18-cv-02514-MCE-DB**<br><br>**STIPULATION AND ORDER TO CONTINUE ALL DISCOVERY AND PRE-TRIAL CASE DEADLINES**<br><br>_____ |

TO THE COURT, ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The parties seek a continuance of discovery and pre-trial case deadlines based on the case circumstances and good cause set forth below:

1. In this case, Plaintiff, ADAM JIMENEZ ("Plaintiff") has brought claims for personal injuries against Defendants, WERNER ENTERPRISES, INC. and CAMERON FLOYD ("Defendants"). Plaintiff is claiming significant injury to several areas of his body including, but not limited to, claims of injury to his back,

left shoulder, left hip, left hand, neck, right knee, left calf, and head, including claims of concussion/traumatic brain injury.

2. The current discovery cut-off date is September 14, 2019.

3. The parties have diligently engaged in discovery, including written discovery, requests for production of documents, subpoenas for medical records, Plaintiff's deposition, Defendant CAMERON FLOYD's deposition, and one medical examination relating to Plaintiff's spine. The parties have worked well with each other to accomplish discovery items, but there are items that still need to be completed before the discovery cut-off date.

4. Plaintiff had neck and shoulder surgery, which he attributes to the subject incident. Plaintiff is still seeking treatment for his claimed injuries. Defendants have not yet received medical records pertaining to Plaintiff's relatively recent shoulder surgery.

5. In addition to a shoulder injury, Plaintiff is also claiming bilateral carpal tunnel syndrome as a result of the subject incident in this case. Defendants will be requesting a second physical examination to address orthopedic upper extremity injuries claimed by Plaintiff. In the event Plaintiff does not agree, Defendants may bring a motion before the Court asking for an order to compel a second physical examination.

6. Given Plaintiff's claim of concussion/traumatic brain injury, Defendants are seeking to have Plaintiff evaluated by a neuropsychologist. Defendants have proposed a neuropsychologist to Plaintiff's counsel and are asking Plaintiff to agree to appear for the examination. This is subject to further meet and confer efforts between the parties' counsel. If Plaintiff will not agree to appear for an examination by a neuropsychologist, Defendants will likely bring a motion before the Court seeking an order compelling the examination.

7. Defendants have set the depositions of several of Plaintiff's medical providers to take place within the next 90 days. Plaintiff's initial disclosure lists

STIPULATION AND ORDER TO CONTINUE DISCOVERY AND PRE-TRIAL CASE DEADLINES

roughly 40 medical provider witnesses. Defendants seek to investigate Plaintiff's medical history regarding his spine, which spans more than 15 years. Defendants have obtained medical records regarding Plaintiff's medical history, but now seek to inquire, confirm and/or authenticate evidence pertaining to that treatment.

8. Defendants are awaiting workers compensation records which contain medical treatment which is related to Plaintiff's claimed injuries in this case.

9. Defendants have set the depositions of personnel from Plaintiff's employer to take place within the next 90 days regarding issues pertaining to liability and Plaintiff's claims regarding loss of earnings.

10. The parties intend to attempt private mediation to explore the possibility of settlement before proceeding to trial in this matter.

**In consideration of the foregoing, and to allow the parties to accomplish discovery items and mediation, IT IS HEREBY STIPULATED AND REQUESTED by the parties, by and through their attorneys of record, as follows:**

That all discovery and pre-trial case deadlines, including those set forth in the Court's Initial Pretrial Scheduling Order [ECF #2], be continued by approximately 90 to 120 days.

The parties suggest the following deadlines:

| | |
|---|---|
| Fact discovery cut-off: | January 10, 2020 |
| Initial expert designation: | March 10, 2020 |
| Supplemental expert designation: | April 9, 2020 |
| Joint Notice of Trial Readiness: | May 11, 2020 |

**IT IS SO STIPULATED.**

//

//

//

Dated: July 22, 2019

MARANGA * MORGENSTERN

By: /s/ Patricia "Molly" Ford
ROBERT A. MORGENSTERN
NINOS SAROUKHANIOFF
PATRICIA "MOLLY" FORD
Attorneys for Defendants,
WERNER ENTERPRISES, INC.
and CAMERON FLOYD

Dated: July 22, 2019

CARPENTER, ZUCKERMAN & ROWLEY

By: /s/ Stephen K. McElroy
STEPHEN K. MCELROY
JOSH M. DOWELL
Attorneys for Plaintiff, ADAM JIMENEZ

# ORDER

After consideration of the foregoing Stipulation, the Court GRANTS the parties' request for a continuance of all discovery and pre-trial case deadlines. The following deadlines set forth in the Court's Initial Pretrial Scheduling Order are vacated and reset as follows:

| | |
|---|---|
| Fact discovery cut-off: | January 10, 2020 |
| Initial expert designation: | March 10, 2020 |
| Supplemental expert designation: | April 9, 2020 |
| Joint Notice of Trial Readiness: | May 11, 2020 |

IT IS SO ORDERED.

Dated: July 24, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE DISCOVERY AND PRE-TRIAL CASE DEADLINES

# PROOF OF SERVICE
## [C.C.P. §1013]

*STATE OF CALIFORNIA* ) 
) *ss:*
*COUNTY OF LOS ANGELES* )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Ave., Suite 600, Woodland Hills, CA 91367.

    On **July 23, 2019**, I served the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DISCOVERY AND PRE-TRIAL CASE DEADLINES** on all parties in this action as follows:

| | |
|---|---|
| Robert M. Tucker, Esq. (SBN 101463)<br>LAW OFFICES OF ROBERT M. TUCKER<br>12100 Wilshire Blvd, Suite 600<br>Los Angeles, CA 90025<br>310-820-7900  FAX (310) 820-7979 | Attorneys for Plaintiff<br>*ADAM JIMENEZ* |

  __X__ **By Mail**. By placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully paid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter is more than one day after day of deposit for mailing in this Proof of Service.

  ____ **By Telefax**. I transmitted said document by telefax to the offices of the addressees at the telefax numbers on the attached Service List.

  ____ **By Personal Service**. I delivered such envelope by hand to the addressee(s).

  ____ **By Overnight Courier**. I caused the above-referenced document(s) to be delivered to an overnight courier service for next day delivery to the above addressee(s).

  ____ **By Email Transmission**. I caused the abovementioned document(s) to be transmitted by email to the address(es) listed below at their respective email address(es) as listed and described below. I am "readily familiar" with this office's practice for transmissions by email. Under that practice transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as complete and without error. In sending the foregoing document(s) by email, I followed this office's ordinary business practices. The sending email address is @marmorlaw.com.

///

- 6 -

STIPULATION AND ORDER TO CONTINUE DISCOVERY AND PRE-TRIAL CASE DEADLINES

The below listed individuals are registered with the Court to receive notice of electronically filed documents and will therefore be served via the Court's ECF System:

| Stephen K. McElroy, Esq. (SBN 129239)<br>CARPENTER, ZUCKERMAN & ROWLEY<br>407 Bryant Circle, Suite F<br>Ojai, CA 93023<br>805-272-4001  FAX 805-719-6858<br>team3@czrlaw.com | Attorneys for Plaintiff<br>*ADAM JIMENEZ* |
|---|---|

__X__ **(Federal)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 23, 2019**, at Woodland Hills, California.

/s/ Mary Ann Parks
Mary Ann Parks